# C O N O V E R

L AW  O FFICES
345 Seventh Ave., 21st Floor
New York, NY 10001

Telephone (212) 588-9080
Telecopier (212) 588-9082

Bradford D. Conover*                                                                 *Admitted in New York and Connecticut
                                                                                      Direct email:  brad@conoverlaw.com


December 16, 2014

**Via ECF**

Clerk of the Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Lisa Ng et al v. Stewart Adler*, Docket No. 14-4024

Dear Sir/Madam:

    As co-counsel for appellants, Lisa Ng and Charming Trading Company, we request, pursuant to LR 31.2(a)(1), that the Court schedule appellants' briefing deadline for February 25, 2015, a date 91 days from the November 24, 2014 filing of Form D.

    Thank you for your consideration.

                          Sincerely,

                          Bradford D. Conover


cc:    Richard Braverman, Esq. (via email and ecf)
        David Wander, Esq.  (via email and ecf)