## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand and sixteen,

In re: Lisa Ng v. Stewart Adler

**STIPULATION**
Docket Number: 14-4024

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by 7/18/16. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: 6/16/16

_____
Attorney for Appellant

Bradford D. Conover, Conover Law Offices
Print Name and Firm

Date: 6/16/16

_____ BC
Attorney for Appellee

Ricahrd Braverman, Braverman Law Office PC
Print Name and Firm